IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PERRY GENE VANDERFORD,
    Plaintiff,

vs.                                      Case No.:  3:10cv519/MCR/CJK

R. TIFFT, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this civil rights action on December 8, 2010, by filing a complaint under 42 U.S.C. § 1983.  Plaintiff, however, failed to either file a motion to proceed *in forma pauperis* or pay the filing fee and was given twenty-eight (28) days in which to do so.  (Doc. 3).  Over the course of the last six months, plaintiff has filed numerous documents, many deficient, but has still failed to either pay the filing fee or file a complete application to proceed *in forma pauperis*.  (Doc. 17).  In consequence, on May 16, 2011, an order was issued giving plaintiff fourteen (14) days to show cause why this case should not be dismissed.  (Doc. 18).  To date, plaintiff has failed to respond or explain his inability to do so.

      Accordingly, it is respectfully RECOMMENDED:

      1.    That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2.	That the clerk be directed to close the file.

DONE AND ORDERED this 27th day of June, 2011.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).