IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PERRY GENE VANDERFORD,**

    **Plaintiff,**

v.                                                                    Case No.   3:10cv519/MCR/CJK

**R. TIFFT, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 27, 2011 (Doc. 19).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and failure to comply with orders of the court.

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 28th day of July, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**